FILED by YH D.C.

Oct 17, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-20673-CR-BLOOM/LOUIS**

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**DAGOBERTO PARRADO-MORA,**

        **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

Beginning as early as in or around January 2014, the exact date being unknown to the Grand Jury, and continuing until in or around February 2016, in the countries of Colombia, Guatemala, Honduras, Costa Rica, Mexico and elsewhere, the defendant,

**DAGOBERTO PARRADO-MORA,**

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending and knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to **DAGOBERTO PARRADO-MORA,** the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code,

Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **DAGOBERTO PARRADO-MORA,** has an interest.

2.  Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property which the defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853, as made applicable by Title 21, United States Code, Section 970.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DAGOBERTO PARRADO-MORA,

**Defendant.**
_____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New defendant(s)         Yes ____   No ____
Number of new defendants  ____
Total number of counts    ____

**Court Division**: (Select One)
✓ Miami      __ Key West
__ FTL       __ WPB      __ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   SPANISH

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days        ✓
   II   6 to 10 days       ____
   III  11 to 20 days      ____
   IV   21 to 60 days      ____
   V    61 days and over   ____

   (Check only one)
   Petty     ____
   Minor     ____
   Misdem.   ____
   Felony    ✓

6. Has this case previously been filed in this District Court?   (Yes or No) No
   If yes: Judge                                          Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) No
   If yes: Magistrate Case No.                            _____
   Related miscellaneous numbers:                         _____
   Defendant(s) in federal custody as of                  _____
   Defendant(s) in state custody as of                    _____
   Rule 20 from the District of                           _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

_____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5502189

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DAGOBERTO PARRADO-MORA

**Case No**:

Count #: 1

Conspiracy to Distribute Cocaine Knowing it Would Be Imported into the United States

Title 21, United States Code, Section 963

* **Max.Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**