UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20673-Bloom

UNITED STATES OF AMERICA

vs.

DAGOBERTO PARRADO MORA,
_____/

### STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **DAGOBERTO PARRADO MORA**, are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that between about January 2014 to about February 2016, a group of individuals conspired together with the Defendant to send cocaine from Colombia to Central America, with the knowledge and understanding that at least a portion of this cocaine would be imported into the United States. More specifically, as part of the conspiracy during those years, the Defendant aggregated cocaine loads that he dispatched from Colombia and delivered the loads in Central America. The Defendant invested in these loads and sold them to Central American traffickers, who in turn would pay in United States dollars for the cocaine. The defendant and his co-conspirators participated in multiple shipments of cocaine from Colombia to Central America, totaling more than 450 kilograms. The Defendant engaged in electronic communications and in person meetings in planning and conducting these shipments.

As part of the conspiracy, in or about late 2013, Guatemalan authorities seized 500 kilograms of cocaine that were being transported by box truck in Guatemala City. That cocaine was part of a shipment that had been dispatched by the Defendant from Colombia and was making its way to a Guatemalan purchaser. The co-conspirators, including the Defendant, were all aware that this cocaine would continue moving north once it arrived in Central America, with the understanding that a portion, at least 5 kilograms, would then move further into the United States.

Later, in or about 2015, Guatemalan authorities seized United States currency that the co-conspirators were intending to send to the Defendant in Colombia. The United States currency represented the proceeds of a successful sale of cocaine in the United States and the co-conspirators, including the Defendant, after the seizure engaged in communications to discuss who would be responsible for the lost money.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 3-9-23     By: _____
                     ELLEN D'ANGELO
                     ASSISTANT U.S. ATTORNEY

Date: 3-6-23    By: _____
                     ANA DAVIDE, ESQ.
                     ATTORNEY FOR DEFENDANT

Date: 3-6-23    By: Dagoberto Parrado
                     DAGOBERTO PARRADO MORA
                     DEFENDANT